**Fill in this Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Scott Honey | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | |

United States Bankruptcy Court for the:   **Western District of Missouri**

Case Number:   17-30537-btf-13

---

**Form 1340 (12/23)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 4,146.92 |
| Claimant's Name | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center St<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dkllc.com |

### 2. Applicant Information

Applicant represents the following:

☒  Applicant is the Claimant.

☐  Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐  Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.

**3. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney for the Western District of Missouri
400 E. 9th St., Room 5510
Kansas City, MO 64106

**6. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: November 25, 2025

_[signature]_
Signature of Applicant
Brian J Dilks – Member
Dilks & Knopik, LLC

35308 SE Center St
Snoqualmie, WA 98065
425-836-5728
admin@dkllc.com

**6. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:
Telephone: _____
Email: _____

**7. Notarization**
STATE OF WASHINGTON

COUNTY OF KING

This Application for Unclaimed Funds, dated 11/25/2025 was subscribed and sworn to before me this 25th day of November, 2025 by Brian J Dilks who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public: _[signature]_
Matthew Zettley

My commission expires: February 19, 2026

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026

**7. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20 ___ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public_____

My commission expires: _____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-30537-btf-13 |
| | ) | |
| Michael Scott Honey | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 13 |

CERTIFICATE OF SERVICE

I certify that a copy of the Application for Payment of Unclaimed Funds and the required supporting documentation were sent by: USPS First-Class Mail postage prepaid to the following:

United States Attorney for the Western District of Missouri
400 E. 9th St., Room 5510
Kansas City, MO 64106

I certify that a copy of the Application for Payment of Unclaimed Funds was sent by: USPS First-Class Mail postage prepaid to Previous Owner(s) of Claim (if applicable) or any other parties:

Michael Scott Honey
Owner of Record & Assignor
25224 Locust Rd.
Webb City, MO 64870

Dated: November 25, 2025

_____
Signature
Brian J Dilks - Member
35308 SE Center St
Snoqualmie, WA 98065
425-836-5728
admin@dkllc.com

## Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

The dividends referenced herein were not collected by the owner of record, Michael Scott Honey.

Michael Scott Honey has assigned the unclaimed funds to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement.

Date: November 25, 2025

_____
Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065